UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:                                                        x        Case No. **1-24-40294**
**New York International Bagel & Coffee Inc.**

                                                                                                    Chapter 7

                                     Debtor.                                        x

## CERTIFICATE OF SERVICE

The undersigned certifies that on   **May 7, 2024**  , a copy of
*(Date of Service/Mailing)*

the annexed papers, to wit: copy of the Petition, Amended Schedule E/F, Amended Statement of Financial Affairs, Amended Official Form 206Sum and Affidavit per Local Rule 1009-1(a), Affirmation Relating to Amended Pages, Notice of Amendments and Purpose and Notice of Section 341 Meeting of Creditors, Amended Matrix
*(Title of Document(s) served)*

was served by depositing same in an enclosed, properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon the following:

Office of the United States Trustee
Eastern District of New York
Alexander Hamilton Custom House
One Bowling Green Station, Ste. 5D
New York, NY 10004-1408

Lori Lapin Jones, Trustee
Lori Lapin Jones PLLC
98 Cutter Mill Road – Suite 255 South
Great Neck, NY 11021

47-41 31st LLC
c/o Jame P. Pagano, Esq.
225 Broadway, Ste. 1606
New York, NY 10007

Abraham Gonzalez
c/o Michael S. Samuel, Esq.
1441 Broadway, Ste. 6085
New York, NY 10018

Efrain Zamora Nendieta
c/o Michael S. Samuel, Esq.
1441 Broadway, Ste. 6085
New York, NY 10018

Dated: May 7, 2024

Signature: *(signed)*
Print name: Emily Vieyra-Haley

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com