| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **New York International Bagel & Coffee Inc.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NEW YORK |
| Case number (if known) | **1-24-40294** |

■ Check if this is an amended filing

AMENDED

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. Do any creditors have priority unsecured claims? (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.
   ☐ Yes. Go to line 2.

### Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| 3.1 | Nonpriority creditor's name and mailing address<br>**47-41 31st LLC**<br>c/o Peter D. Strouzas Esq<br>49-12 31st Place<br>Long Island City, NY 11101<br>Date(s) debt was incurred **2020-2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Alleged rental arrears, water and taxes**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$301,000.00** |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**Abraham Gonzalez**<br>c/o Michael S. Samuel Esq<br>1441 Broadway, Suite 6085<br>New York, NY 10018<br>Date(s) debt was incurred **N/A**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Basis - alleged money owed for salary shortage**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$443,000.00** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Efrain Zamora Nendieta**<br>c/o Michael S. Samuel Esq<br>1441 Broadway, Suite 6085<br>New York, NY 10018<br>Date(s) debt was incurred **N/A**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: **Basis - alleged money owed for salary shortage**<br>Is the claim subject to offset?  ■ No  ☐ Yes | **$95,000.00** |

### Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

5. Add the amounts of priority and nonpriority unsecured claims.

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          page 1 of 2

31191

Debtor   **New York International Bagel & Coffee Inc.**
Name

Case number (if known)   **1-24-40294**

| | Total of claim amounts |
|---|---|
| 5a. Total claims from Part 1 | 5a. $ 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ 839,000.00 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ 839,000.00 |

Dated: Manhasset, N.Y.
       May 7, 2024

I declare under the penalty of perjury that the foregoing is true and correct.

_____
Mahmoud Ismail-Principal