**Fill in this information to identify the case:**

Debtor name: **New York International Bagel & Coffee Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK

Case number (if known): **1-24-40294**

☒ Check if this is an amended filing

AMENDED

## Official Form 206Sum
### Summary of Assets and Liabilities for Non-Individuals

12/15

### Part 1: Summary of Assets

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from Schedule A/B................................................................ $ 0.00

   1b. **Total personal property:**
   Copy line 91A from Schedule A/B............................................................ $ 0.00

   1c. **Total of all property:**
   Copy line 92 from Schedule A/B.............................................................. $ 0.00

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................... $ 0.00

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of Schedule E/F................................ $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............. +$ 839,000.00

4. **Total liabilities**
   Lines 2 + 3a + 3b ...................................................................................... $ 839,000.00

Dated: Manhasset, N.Y.
May 7, 2024

I declare under the penalty of that the foregoing is true and correct.

Mahmoud Ismail-Principal

Official Form 206Sum    Summary of Assets and Liabilities for Non-Individuals    page 1
Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com