UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re:
**New York International Bagel & Coffee Inc.**

Case No. **1-24-40294**

Chapter **7**

Debtor(s).

------------------------------------------------------------x

## AFFIRMATION PURSUANT TO E.D.N.Y. LBR 1009-1(a)

**Herbert Noel Steinberg, Esq.**, undersigned attorney for the debtor herein, affirms as follows:

1. Debtor filed a petition under chapter **7** of the Bankruptcy Code on **January 23, 2024**.

2. Filed herewith are amendments to Schedule E/F (Part 2, page 1), Statement of Financial Affairs (Part 3, page 2), and Official Form 206Sum previously filed herein.

3. Annexed hereto is a listing setting forth the specific additions to the affected list(s), schedule(s) or statement(s). The nature of the change (addition) is indicated for each creditor or item listed.

4. An amended mailing matrix is annexed hereto, reflecting only changes adding or deleting as have been referred to above.

Dated: May 7, 2024

Steinberg & Associates, Esqs.
by Herbert Noel Steinberg, Esq.
1129 Northern Blvd., Suite 402
Manhasset, NY 11030
718-263-2922
sa@lawsteinberg.com

USBC-63

Rev. 1/14/04