UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x

In re:                                              Case No.    **1-24-40294**

**New York International Bagel & Coffee Inc.**
                                                    Chapter     7

                                        Debtor(s).
-----------------------------------------------------------------x

## AFFIRMATION RELATING TO AMENDED PAGES

    **Mahmoud Ismail**, duly affirms, under the penalty of perjury as follows:

1. I am the Principal of the Debtor and as such I am fully familiar with all the facts and circumstances.

2. I submit this affirmation pursuant to local Bankruptcy Rule 1009-1(a) with regard to the amended pages being filed herein.

    a. Schedule E/F is being hereby amended (Part 2, page 1) to add the two creditors, to wit: Abraham Gonzalez and Efrain Zamora Nendieta, who are both represented by the same attorney, Michael S. Samuel, Esq., 1441 Broadway, Suite 6085, New York, NY 10018. The two claimants allege that they are owed wages for working more hours than they were paid for. This is categorically denied by the undersigned.

    b. The Statement of Financial Affairs is being amended (Part 3, page 2), to indicate the fact that the two aforementioned creditors, as Plaintiffs, have pending litigation against the Debtor as well as the undersigned. The information regarding the Court, amount alleged and other information is part of the amendment.

    c. Official Form 206Sum is being amended to add the alleged amounts owed to the two added creditors, as indicated on Schedule E/F. The amendment reflects the sum of the total claimed amounts of what is now 3 non-priority unsecured creditors. Prior to the amendment, there was only 1 non-priority unsecured creditor. The only other creditor in the case is the corporation's former landlord.

Dated: May 7, 2024
        Manhasset, NY

                                                      Mahmoud Ismail, Principal and Sole
                                                          Shareholder of the Debtor