# United States Bankruptcy Court
## Eastern District of New York

In re: **New York International Bagel & Coffee Inc.**, Debtor(s)

Case No. **1-24-40294-nhl**
Chapter **7**

## NOTICE OF AMENDMENTS AND PURPOSE

The Debtor by his attorney Herbert Noel Steinberg, Esq., hereby gives Notice of Amendments to the following schedules and/or statements of the Petition,

1. *Schedule E/F is amended to add the following non-priority alleged creditors that were unintentionally left off the original petition:*

   *Abraham Gonzalez c/o Michael S. Samuel, Esq., claim is for $443,000.00*
   *1441 Broadway, Ste. 6085*
   *New York, NY 10018*

   *Efrain Zamora Nendieta c/o Michael S. Samuel, Esq., claim is for $95,000.00*
   *1441 Broadway, Ste. 6085*
   *New York, NY 10018*

2. *The Statement of Financial Affairs, to wit: Part 3, page 2 is amended to add the two non-priority unsecured creditors in paragraph 1 above who are Plaintiffs in lawsuits against the Debtor and said information is added to the petition.*

3. *Official Form 206Sum is amended to add the sums claimed by the two added creditors in 1. Above to reflect the total amounts claimed by all non-priority unsecured creditors. The total alleged amounts due and owing by all non-priority creditors (3) are reflected in the amended total.*

May 7, 2024

Steinberg & Associates, Esqs.

by Herbert Noel Steinberg, Esq.
1129 Northern Blvd., Suite 402
Manhasset, NY 11030
718-263-2922
sa@lawsteinberg.com

Mahmoud Ismail, Principal