AMENDED MATRIX

Abraham Gonzalez
c/o Michael S. Samuel Esq
1441 Broadway, Suite 6085
New York, NY 10018

Efrain Zamora Nendieta
c/o Michael S. Samuel Esq
1441 Broadway, Suite 6085
New York, NY 10018