UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:                                                      x    Case No. 1-24-40294
New York International Bagel & Coffee Inc.
                                                                 Chapter 7

                        Debtor.                             x

## CERTIFICATE OF SERVICE

The undersigned certifies that on  May 7, 2024  , a copy of
                                   *(Date of Service/Mailing)*

Notice for Time to File Complaints Under 11 USC Sections 523 and 727 and Objections, if any, to Debtor's Claim of Objections
*(Title of Document(s) served)*

was served by depositing same in an enclosed, properly addressed postage-paid envelope, in an official depository under the exclusive care of the United States Postal Service within the State of New York, upon the following:

Abraham Gonzalez
c/o Michael S. Samuel, Esq.
1441 Broadway, Ste. 6085
New York, NY 10018

Efrain Zamora Nendieta
c/o Michael S. Samuel, Esq.
1441 Broadway, Ste. 6085
New York, NY 10018

Dated:  May 7, 2024

Signature: *[signed]*
Print name:  Emily Vieyra-Haley