UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:                                                                    x    Case No.   **1-24-40294**
**New York International Bagel & Coffee Inc.**
                                                                               Chapter     7

                     Debtor(s).
                                                                          x

---

### NOTICE FOR TIME TO FILE COMPLAINTS UNDER 11 USC SECTIONS 523 AND 727 AND OBJECTIONS, IF ANY, TO DEBTOR'S CLAIM OF OBJECTIONS

     This is to advise that the time for you to file complaints under 11 USC Sections 523 and 727, and objections to the Debtor's Claim of Exemptions, if any, must be filed within 60 days of service of the papers required by this Local Bankruptcy Rule of the Eastern District of New York, to wit: Rule 1009-1.

Dated: May 7, 2024

                                                       Steinberg & Associates, Esqs.

                                                       by Herbert Noel Steinberg, Esq.
                                                       1129 Northern Blvd., Suite 402
                                                       Manhasset, NY 11030
                                                       718-263-2922
                                                        sa@lawsteinberg.com